

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-21-00584-CV

**TITLE SOURCE, INC.,** Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC.,** d/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellee has filed an unopposed motion requesting an extension of time to file its brief. The motion is GRANTED. The appellee's brief is due on or before **May 25, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court